Hummer et al., Appellants, *v.* Myer.

Argued September 13, 1971. *Clarence C. Newcomer,* with him *Newcomer, Roda and Morgan,* for appellants; *Donald E. LeFever,*

with him *Barley, Snyder, Cooper & Mueller,* for appellee.

Judgment affirmed.